UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| PHILLIP E. ROBINSON,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JAMES YATES,<br><br>　　　　　Respondent. | ) EDCV 07-1406-VBF (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: ___9/30/08___

　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1